1    Timothy J. Murphy (SBN 54200)
     Jennifer K. Achtert (SBN 197263)
2    FISHER & PHILLIPS LLP
     One Embarcadero Center, Suite 2340
3    San Francisco, CA 94111-3712
     Telephone: 415/490-9000
4    Facsimile: 415/490-9001

5    Attorneys for Defendant
     SECURITAS SECURITY SERVICES USA, INC.
6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11   ABSALOM CRISTOBAL,                    Case No.: CV 11 3114 SBA (MEJ)

12                        Plaintiff,       (San Francisco Superior Court
                                           Case No. CGC-11-511196)
13          v.
                                           **STIPULATION AND [PROPOSED]
14   SECURITAS SECURITY SERVICES USA,      ORDER TO CONTINUE SETTLEMENT
     INC.,                                 CONFERENCE**
15
                         Defendant.
16                                         Complaint Filed: May 24, 2011

17

18

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    IT IS HEREBY AGREED AND STIPULATED by and between the parties, and in

2  order to accommodate the schedule of counsel for Securitas, that the Settlement Conference set

3  for December 13, 2011 at 10:00 a.m. before Chief Magistrate Judge Maria-Elena James shall be

4  continued until January 4, 2012 at 10:00 a.m., before Chief Magistrate Judge Maria-Elena

5  James.

6

7  DATED:  November 16, 2011          By: _____
                                              Absalom Cristobal, Pro Se
8

9

10 DATED:  November 16, 2011          FISHER & PHILLIPS LLP

11

12                                    By: _____
                                              Jennifer K. Achtert
13                                            Attorneys for Defendant
                                              SECURITAS SECURITY SERVICES
14                                            USA, INC.

15

16                                  **<u>ORDER</u>**

17    Based on the stipulation of the parties, it is hereby ORDERED that the Settlement

18 Conference in this matter is rescheduled from December 13, 2011, until January 4, 2012, at

19 10:00 a.m., before Chief Magistrate Judge Maria-Elena James.

20

21 Dated:  November 16, 2011

22                                    Hon. Maria-Elena James
                                      UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28